# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147972(28)

GORDON FOOD SERVICE, INC. and
LIVINGSTON CAPITAL, L.L.C.,
            Plaintiffs-Appellees,

v

STATE TAX COMMISSION,
            Defendant-Appellant,
and

GREEN OAK CHARTER TOWNSHIP,
            Defendant-Appellee

SC: 147972
COA: 312204
Livingston CC: 11-026462-AA

_____/

        On order of the Court, the motion for reconsideration of this Court's February 28, 2014 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2014

Clerk

d0922